UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Plaintiff, | ) | CASE NO.1:95CR139-001 |
| | ) | 1:08CR237-001 |
| v. | ) | |
| | ) | |
| MARCUS NORMAN, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

On August 15, 1995, the Defendant entered a plea of guilty to Counts 1 and 2 of an Indictment charging a violation of 21 U.S.C.§ 841(a)(1) - Possession with Intent to Distribute 203.7 grams of Crack Cocaine in case number 1:95CR139.  The Defendant was sentenced on October 31, 1995 to 195 months custody of the Bureau of Prisons[1] followed by 5 years supervised release with conditions.

On September 4, 2008, the Court received a Violation Report from the Pretrial/Probation office requesting the Court issue a summons.  The Violation Report lists the nature of the non-compliance: (1) On May 21, 2008, the defendant, Marcus Norman, was named in a one Count Indictment filed in the United States District Court for the Northern District of Ohio, Eastern Division, case number 1:08CR237.  Defendant is charged with a violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A) - Distribution of

---

[1] Defendant was originally sentenced to 195 months custody of the Bureau of Prisons and 5 years supervised release on October 31, 1995. However, on June 27, 1997, the Court of Appeals reversed Defendant's conviction as to Count 2, "Use of a Gun in Connection With A Drug Offense" and remanded for re-sentencing.  Defendant was re-sentenced to the custody of the Bureau of Prisons for 168 months on Count 1.

Cocaine Base (Crack). On July 17, 2008, the Defendant entered a plea of guilty to the Indictment.

Based on Defendant's guilty plea to the instant offense and pursuant to 18 U.S.C.§ 3583(g)(1), the Court revokes Defendant's term of supervision and orders the immediate arrest of the Defendant. This matter is scheduled for a Supervised Released Violation hearing and Sentencing on October 9, 2008 at 11:00 a.m.

IT IS SO ORDERED.

        s/Christopher A. Boyko
Christopher A. Boyko
U.S. District Court Judge

September 11, 2008